For good cause shown, the motion to continue is GRANTED. Upon agreement of the parties, the preliminary and detention hearings are RESET for November 21, 2016, at 1:30 p.m.

_____
Alistair E. Newbern
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:12-00024 |
| | ) | MAGISTRATE JUDGE NEWBERN |
| | ) | |
| RALPH PATRICK McMAHON | ) | |

**MOTION TO CONTINUE PRELIMINARY AND DETENTION HEARINGS**

Through counsel, Ralph McMahon moves the Court to continue the preliminary and detention hearings scheduled for November 10, 2016 at 4:00 p.m. (D.E. 50) until Thursday, November 17, 2016, if convenient with the Court's calendar. For good cause, Mr. McMahon would show as follows:

1. Mr. McMahon is a Vietnam veteran who has been diagnosed with Post Traumatic Stress Disorder (PTSD) and other medical conditions. Mr. McMahon is in need of services, including housing, mental health and medical treatment.

2. On November 8, 2016, Mr. McMahon appeared before this Court for an initial appearance regarding a petition on revocation of his supervised release. (D.E. 46). At the initial appearance, undersigned counsel advised the Court that Mr. McMahon desired a preliminary and detention hearing and intended to present a housing and medical plan which would be acceptable to the Court and the parties. Specifically, undersigned counsel hoped to explore treatment and housing options through the Veterans' Administration (VA), which would require a determination of resources and Mr. McMahon's qualification for those services based on his status as a military veteran.