UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:12-cr-00024 |
| ) | JUDGE CRENSHAW |
| RALPH PATRICK MCMAHON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The revocation hearing in this case is **RESCHEDULED** for February 27, 2017 at 2:00 p.m.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE